**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

STEVEN DEWEY KENNY,

      Plaintiff,

v.                                CASE NO: 8:11-cv-18567-T-26TBM

NATIONAL PATIENT ACCOUNT
SERVICES, INC. and LAWNWOOD
MEDICAL CENTER, INC.,

      Defendants.

_____/

## O R D E R

Upon due and careful consideration of the well-pleaded allegations of Plaintiff's

complaint, it is ordered and adjudged that Defendant Lawnwood Medical Center, Inc.'s Motion

to Dismiss Counts I Through V of Plaintiff's Complaint (Dkt.5) is denied because those five

counts clearly relate only to Defendant National Patient Account Services, Inc., and not

Defendant Lawnwood.  Moreover, Defendant Lawnwood offers no substantive legal argument

with regard to why it does not qualify as a debt collector.  The Unopposed Motion for Extension

of Time to Respond to Count VI (Dkt. 5) is granted.  Defendant Lawnwood shall file its response

to count VI within ten (10) days of this order.

      **DONE AND ORDERED** at Tampa, Florida, on September 19, 2011.

                        *s/Richard A. Lazzara*_____
                        **RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record